E-FILED
Wednesday, 26 April, 2006  08:49:39 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KEVIN BROWN,

  Plaintiff,

  v.    06-03049

ROD BLAGOJEVICH et al.,

  Defendants.

## ORDER

    The plaintiff has filed a motion to dismiss this case, stating that he mistakenly filed it in this court, rather than in state court.  The Court construes the motion as a Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1).

    IT IS THEREFORE ORDERED that this case is dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).  All pending motions are denied as moot, all scheduled hearings are cancelled, and this case is terminated.  No filing fee is assessed.

Entered this 26th Day of April, 2006.

                        s\Harold A. Baker

                        HAROLD A. BAKER
                      UNITED STATES DISTRICT JUDGE